IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA ANN ROSS,** | CIVIL NO. 1:14-0990 |
| **Plaintiff** | |
| v. | (Judge Rambo) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | (Magistrate Judge Mehalchick) |
| **Defendant** | |

**O R D E R**

      Before the court is a March 10, 2015, report and recommendation of the magistrate judge to whom this matter was referred in which she recommends that the decision of the Commissioner of Social Security, which denied social security disability benefits to Plaintiff, be affirmed. Objections to the report and recommendation were due no later than March 27, 2015 and, to date, no objections have been filed.

      This court has thoroughly reviewed the report and recommendation, the facts cited and the applicable law and finds that the recommendation of the magistrate judge is supported by the record. **IT IS THEREFORE ORDERED THAT**:

      1) The court adopts the report and recommendation of Magistrate Judge Mehalchick (Doc. 17).

      2) The decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

      3) The Clerk of Court shall close the file.

                                                      s/Sylvia H. Rambo
                                                     United States District Judge

Dated: April 8, 2015.